**232**

has been defined to mean "one who is disabled, incapable, or incompetent, from either physical or mental weakness or defects, so as to render the individual comparatively helpless in a personal conflict with one possessed of ordinary health and strength." See Lutz v. State, supra, and authorities there cited.

The strongest expressions that we find in the record are that Mr. Hamilton was not in too good health, that he did not work much, and expressions of similar import. He testified that he had high blood pressure. Nevertheless, he specifically invited a conflict when he entered the conversation between appellant and Mrs. Hamilton. He was actively engaged in the conduct of a tourist court and grocery store. There is no definite description of his physical condition from which the jury might conclude that he was a decrepit person.

For a lack of sufficient evidence, the judgment of the trial court is reversed and the cause is remanded.

No appearance on appeal for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving a motor vehicle upon a public highway while intoxicated. The penalty assessed is a fine of $50.00.

The complaint and information, as well as all other matters of procedure, are in regular form. The record is before this court without a statement of facts or bills of exception.

No error appearing in the record, the judgment of the trial court is affirmed.